**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| HESHY MENDELSOHN on behalf of himself and all others similarly situated,<br><br><p align=center>Plaintiff,</p><br><p align=center>v.</p><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br><p align=center>Defendant.</p> | Civil Case No. 15-cv-06791-ARR-LB |

---

<p align=center><u>**STIPULATION OF DISMISSAL**</u></p>

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to <u>Fed.R.Civ.P.</u> 41, that the within matter is dismissed with prejudice and without costs.  The parties retain the right to reopen the matter if the settlement is not consummated within 60 days.

| | |
|---|---|
| Adam J. Fishbein, P.C. | Maurice Wutscher, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | Cavalry Portfolio Services, LLC |

| | |
|---|---|
| **/s/ Adam J. Fishbein** | **/s/ Thomas R. Dominczyk** |
| Adam J. Fishbein, Esq. | Thomas R. Dominczyk, Esq. |
| 483 Chestnut Street | 5 Walter E. Foran Blvd., Suite 2007 |
| Cedarhurst, NY 11516 | Flemington, NJ 08822 |
| (516) 791-4400 | (908) 237-4550 |
| | |
| Dated: August 12, 2016 | Dated: August 12, 2016 |

And now, this _____ day of _____, the above Stipulation is approved:

<p align=right>_____</p>