**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HESHY MENDELSOHN on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAVALRY PORTFOLIO SERVICES, LLC, <br><br> Defendant. | Civil Case No. 15-cv-06791-ARR-LB |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs. The parties retain the right to reopen the matter if the settlement is not consummated within 60 days.

| | |
|---|---|
| Adam J. Fishbein, P.C. <br> Attorneys for Plaintiff | Maurice Wutscher, LLP <br> Attorneys for Defendant <br> Cavalry Portfolio Services, LLC |
| <br> **/s/ Adam J. Fishbein** <br> Adam J. Fishbein, Esq. <br> 483 Chestnut Street <br> Cedarhurst, NY 11516 <br> (516) 791-4400 | <br> **/s/ Thomas R. Dominczyk** <br> Thomas R. Dominczyk, Esq. <br> 5 Walter E. Foran Blvd., Suite 2007 <br> Flemington, NJ 08822 <br> (908) 237-4550 |
| Dated: August 12, 2016 | Dated: August 12, 2016 |

And now, this ____15th____ day of ____Aug____, the above Stipulation is approved:

/s/(ARR)